858

No. 94–9816. CARTER v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 94–9817. CRAWFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9818. MCKIBBEN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–9819. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9820. MCPETERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9821. CHEATHAM v. WILLIAMS ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–9822. JOHNSON v. TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9823. FOURNIER v. MAGNUSSON, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 94–9824. HOOKER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–9825. GRAY v. RUBIN, SECRETARY OF THE TREASURY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9826. ESTRADA, AKA GARCIA, AKA SANCHEZ v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–9827. GORDON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–9828. MARK v. BOROUGH OF HATBORO ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9829. RASH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9830. JASKOLSKI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.